JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY RENE MADISON,<br><br>    Petitioner,<br><br>    vs.<br><br>RON DAVIS, Warden of the<br>California State Prison at San Quentin<br><br>    Respondent. | Case No.: CV 15-0245-GW<br><br>JUDGMENT |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that pursuant to the Order Denying and Dismissing Petition for Writ of Habeas Corpus dated January 20, 2015, this matter is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: This 20th day of January, 2015.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE